UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MARTI L. KLUTHO, individually and on behalf of all others similarly situated, ) ) ) ) Plaintiff, ) ) vs. ) ) SHENANDOAH VALLEY NATIONAL ) BANK d/b/a SUMMIT MORTGAGE, ) ) Defendant. ) | Case No. 4:06CV1317 HEA |

## **JUDGMENT**

In accordance with the Opinion, Memorandum and Order entered this same date,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that judgment is entered in favor of Defendant and against Plaintiff.

Dated this 22nd day of May, 2007.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE